IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:20-CR-00240-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| JUDIET VONTELLA COOPER, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant Cooper's *pro se* Motion to Receive Federal Time Credits under the First Step Act. (Doc. No. 376). For the reasons briefly discussed below, the Court will deny the Motion.

The Defendant conflates home confinement and home detention. This Court ordered home detention as a condition of supervised release. *See* Doc. No. 317, p. 4. Unlike home confinement — which is managed by the Bureau of Prisons ("BOP") — home detention is administered by the United States Probation Office. Consequently, the federal time credits the Defendant allegedly accrued while incarcerated are inapplicable to her home detention because she is no longer in BOP custody. The Court will therefore deny the Motion.

**IT IS THEREFORE ORDERED** that Defendant Cooper's *pro se* Motion to Receive Federal Time Credits under the First Step Act, (Doc. No. 376), is **DENIED**.

**SO ORDERED.**

Signed: March 20, 2023

Kenneth D. Bell
United States District Judge